# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2037
NEWARK, NJ 07101
973-297-4887

May 20, 2013

## LETTER ORDER

Re:   *Smith, et al. v. Honeywell Int'l Inc., et al.*
      **Civil Action No. 10-3345 (ES)**

Dear Counsel:

On March 4, 2013, the Court raised the issue of whether the Court was required to decline jurisdiction under either of the two exceptions delineated in 28 U.S.C. § 1332(d)(4). On April 18, 2013, Magistrate Judge Steve Mannion issued a Report and Recommendation recommending that "that CAFA jurisdiction exists and that jurisdiction not be declined at this time." (D.E. No. 195 at 9). Magistrate Judge Mannion advised the parties that they had fourteen days to file and serve any objections to the Report and Recommendation pursuant to Local Civil Rule 72.1. To date, neither party has filed any objections.

The Court has reviewed the parties' submissions and has considered Judge Mannion's Report and Recommendation, and for the reasons stated therein,

IT IS on this 20th day of May, 2013,

ORDERED that this Court adopts Judge Mannion's April 18, 2013 Report and Recommendation in full.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J**