UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTIE HALLEY, SHEM ONDITI, LETICIA MALAVÉ, and SERGIO de la CRUZ, On Behalf of Themselves and all Others Similarly Situated,<br><br>　　Plaintiffs,<br>v.<br><br>HONEYWELL INTERNATIONAL, INC. and PPG INDUSTRIES, INC.,<br><br>　　Defendants. | Civil Action No. 2:10-cv-3345 (ES) (JAD)<br><br>*Documents Electronically Filed.*<br><br>Return Date:  December 1, 2014<br><br>**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

**TO:**　William T. Walsh, Clerk
　　　United States District Court
　　　District of New Jersey
　　　Martin Luther King Building
　　　& U.S. Courthouse
　　　50 Walnut Street
　　　Newark, NJ 07101

**PLEASE TAKE NOTICE** that on Monday, December 1, 2014, or on a date and time to be set by the Court, Defendant Honeywell International Inc. ("Honeywell" or "Defendant") and Plaintiffs Shem Onditi ("Settlement A Class Representative"), Sergio de la Cruz ("Settlement Class C Representative"), Leticia Malave, and Mattie Halley (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby submit this Joint Motion for Preliminary Approval of the Class Action Settlement they have reached in this case.  For the reasons set forth in the accompanying Memorandum in Support, Plaintiffs and Defendant hereby move the Court to:

1. For settlement purposes only, certify Settlement Classes A and C  pursuant to Federal Rule of Civil Procedure 23(b)(3);

2. Order preliminary approval of the Class Action Settlement Agreement between Plaintiffs and Honeywell;

3. Approve the Notices of Proposed Class Action Settlement and order notice of the Settlement to Class Members;

4. Appoint Janet Jenner & Suggs LLC (Howard A. Janet, Robert K. Jenner, and Kenneth M. Suggs); German Rubenstein LLP (Steven J. German, Joel M. Rubenstein); and National Legal Scholars Law Firm, P.C. (Anthony Z. Roisman) as class counsel for Settlement Classes A and C;

5. Appoint The Garden City Group Inc. as Claims Administrator for Settlement Classes A and C.

6. Set a hearing on the final approval of the Settlement Agreement; and

7. Grant such other relief and orders as the Court deems necessary and appropriate.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs and Defendant shall rely on the Memorandum in Support of Joint Motion and Settlement Agreement with exhibits submitted in support of this Motion, and all other papers of record.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the motion is being made returnable on Monday, December 1, 2014, and that oral argument is requested.

November 7, 2014                                         Respectfully submitted,

s/ Michael R. McDonald                           s/ Steven J. German
Michael R. McDonald, Esq.                     Steven J. German, Esq.
**GIBBONS P.C.**                                      Joel M. Rubenstein, Esq.
One Gateway Center                                 **GERMAN RUBENSTEIN LLP**
Newark, New Jersey 07102-5310             19 West 44th Street, Suite 1500
Telephone: (973) 596-4500                       New York, NY 10036
Facsimile: (973) 632-6295                         Telephone: (212) 704-2020
                                                                   Facsimile: (212) 704-2077

Michael D. Daneker, Esq.
Anne P. Davis, Esq.
Allyson Himelfarb, Esq.
**ARNOLD & PORTER LLP**
555 Twelfth Street, N.W.
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile:  (202) 942-5999

*Attorneys for Defendant*
*Honeywell International Inc.*

**JANET, JENNER & SUGGS, LLC**
Howard A. Janet, Esq. (*pro hac vice*)
Robert K. Jenner, Esq. (*pro hac vice*)
Kenneth M. Suggs, Esq. (*pro hac vice*)
1777 Reisterstown Road
Commerce Center East, Suite 165
Baltimore, MD 21208
Telephone: (410) 653-3200
Facsimile: (410) 653-6903

**NATIONAL LEGAL SCHOLARS**
**LAW FIRM, P.C.**
Anthony Z. Roisman, Esq. (*pro hac vice*)
394 Skyline Drive
Weatherfield, Vermont 05156
Telephone: (802) 885-4162

*Attorneys for Plaintiffs*